UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 6800**

ECF CASE

Northern Valley Communications, Inc.

Plaintiff,

-v-

XO Communications Services, Inc.

Defendant.

Case No._____

**Rule 7.1 Statement**

RECEIVED
JUL 30 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Northern Valley Communications, Inc.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no publicly held parents, affiliates or subsidiaries.

**Date:** July 29, 2008

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf   SDNY Web 10/2007