**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

        Plaintiff,                     Case No. 08 CIV 6800

        -against-                   AFFIDAVIT OF SERVICE

XO COMMUNICATIONS SERVICES, INC.,

        Defendant.
--------------------------------------------------------------X

STATE OF DELAWARE    )
        S.S.:
COUNTY OF NEW CASTLE  )

        DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 7th day of August, 2008, at approximately the time of 2:33 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon XO COMMUNICATIONS SERVICES, INC. at Corporation Service Company, 2711 Centerville Road, #400, Wilmington, DE, by personally delivering and leaving the same with MARY DRUMMOND who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

        MARY DRUMMOND is a black female, in her 40's, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with brown hair.

_DANIEL NEWCOMB_

Sworn to before me this
13th day of August, 2008

_NOTARY PUBLIC_

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com