

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHERN VALLEY
COMMUNICATIONS, L.L.C,

        Plaintiff,

vs.

XO COMMUNICATIONS SERVICES, INC.,

        Defendant.

No.: 08 CIV 6800 (GBD)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-captioned action, that the time for Defendant XO Communications Services, Inc. to answer, move against or otherwise respond to Plaintiff's Complaint, dated July 29, 2008, and served on August 7, 2008, is extended to and including September 12, 2008.

    IT IS FURTHER STIPULATED AND AGREED that no previous requests for adjournment or extension of the date to answer the Complaint have been made, and the adjournment set forth herein does not affect any other schedule in this matter.

ny-830951

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts.

Dated: August 26, 2008

ROBINSON & MCDONALD LLP
Attorneys for Plaintiff
Northern Valley Communications, L.L.C.

By: *Jayne S. Robinson*
Jayne S. Robinson

61 Broadway, Suite 1415
New York, New York 10006
Tel: 212.953.3888
Fax: 212.953.3690

Dated: August 26, 2008

MORRISON & FOERSTER LLP
Attorneys for Defendant
XO Communications Services, Inc.

By: _____
Stacy L. Kaplan

1290 Avenue of the Americas
New York, New York 10104-0050
Tel: 212.468.8000
Fax: 212.468.7900

OF COUNSEL:

John P. Corrado
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, D.C. 20006-1888
Tel: 202.887.1500
Fax: 202.887.0763

SO ORDERED:

*George B. Daniels*   SEP 0 3 2008
U.S. District Judge
HON. GEORGE B. DANIELS